**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-6715**

UNITED STATES OF AMERICA,

                    Plaintiff – Appellee,

          v.

JAMES EDWARD GOODE, a/k/a James Goode,

                    Defendant - Appellant.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.   Robert E. Payne, Senior
District Judge.  (3:09-cr-00013-REP-1)

Submitted: July 19, 2012          Decided:  July 26, 2012

Before DUNCAN, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

James Edward Goode, Appellant Pro Se. Michael Arlen Jagels,
Special Assistant United States Attorney, Richmond, Virginia,
for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Edward Goode appeals the district court's order denying his 18 U.S.C. § 3582 (2006) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Goode, No. 3:09-cr-00013-REP-1 (E.D. Va. Mar. 28, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED